IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 APR -2 PM 2:06

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No: |
| Plaintiff, | : | JUDGE |
| vs. | : | 2:15 cr 81 |
| THOMAS G. THOMPSON | : | |
| Defendant | : | 18 U.S.C. § 401(3)  Judge Marbley |
| | : | Criminal Contempt |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

Beginning on or about August 13, 2012, continuing through and including January 27, 2015, in the Southern District of Ohio and elsewhere, Defendant THOMAS G. THOMPSON, did willfully and knowingly disobey and resist a lawful order of a Court of the United States, that is, an order by the Honorable Edmund A. Sargus, Jr., United States District Court Judge, who ordered Defendant THOMAS G. THOMPSON to personally appear at an August 13, 2012, hearing in civil case number 2:06-cv-292 in the Southern District of Ohio, which after his failure to appear, caused a bench warrant for Defendant THOMAS G. THOMPSON's arrest to be issued on August 13, 2012.

In violation of 18 U.S.C. § § 401(3).

CARTER M. STEWART
United States Attorney

GARY L. SPARTIS
Columbus Branch Chief