IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America
              Plaintiff               **NOTICE**

vs.                                         Case No. CR2-15-81

Thomas G. Thompson               JUDGE MARBLEY

              Defendant


      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:     United States District Court         **COURTROOM # 1**
             Joseph P. Kinneary U.S. Courthouse
             85 Marconi Boulevard                 **APRIL 8, 2015 @ 3:30 P.M.**
             Columbus, Ohio 43215

TYPE OF PROCEEDING: **ARRAIGNMENT ON INFORMATION**

                                              ALGENON L. MARBLEY
                                              UNITED STATES DISTRICT JUDGE
DATE:   April 6, 2015

                                                _/s /   Scott Miller_____
                                                (By) Scott Miller, Deputy Clerk


To: Doug Squires, Esq. 303 Marconi Blvd., 2nd Floor, Columbus, OH 43215
    Benjamin G. Dusing, Esq., 50 East RiverCenter Blvd., Suite 820, Covington, KY 41011
    United States Marshal's Office
    United States Pretrial Services
    United States Probation