**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | : | |
| | : | |
| *Plaintiff*, | : | CASE NO.:  2:15-CR-00081 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| Thomas G. Thompson | : | |
| | : | |
| *Defendant*. | : | |

### MOTION OF DEFENDANT THOMAS G. THOMPSON TO CONTINUE THE JUNE 10, 2016 COURT ORDERED HEARING

The Parties were previously in front of this Court on March 8, 2016 per this Court's Order to asses Defendant Thomas G. Thompson ("Thompson") with regard to the status of the Court Ordered civil contempt.  At that time, no progress was determined, and a second hearing was set for May 16, 2016.  On May 4, 2016, this Court vacated the May 16, 2016 hearing date so that Thompson could be evaluated by a Court appointed physician.  To allow the doctor time to evaluate and present his report to this Court, the new hearing date was set for June 10, 2016.

At this time, counsel for Thompson respectfully requests a brief continuance of that hearing. The reason for said continuance is that lead counsel, Karl Schneider, has a pre-planned out-of-state trip scheduled for that date.  Proposed dates for said continuance would be June 20, 21, 22 or Friday, June 24th.  The undersigned has contacted the office of the AUSA, and although counsel for the Government is currently out of the country, an assistant in the office of the United States Attorney stated that the proposed dates are tentatively available for counsel for the Government.

Therefore, counsel for the Defendant would respectfully seek a continuance of the June 10, 2016 hearing due to the unavailability of counsel for the Defendant.   Counsel would suggest

1

the proposed dates, or would gladly participate in a status conference with the Court and counsel for the Government to determine a new date.

                **Respectfully submitted,**
                Maguire and Schneider, LLP

                /s/ Karl H. Schneider_____
                Karl H. Schneider (0012881)
                (Trial Counsel)
                Trina N. Goethals (0080270)
                1650 Lake Shore Dr., Ste. 150
                Columbus, OH  43204
                Telephone (614-224-1222)
                Facsimile (614-224-1236)
                khschneider@ms-lawfirm.com
                tgoethals@ms-lawfirm.com
                ***Attorneys for Thomas G. Thompson***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record including Assistant United States Attorneys Douglas W. Squires on this date of May 16, 2016.

/s/ Karl H. Schneider
Karl H. Schneider (0012881)