IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

        Plaintiff,

vs.

Thomas G. Thompson,

        Defendant,

**NOTICE**

Case No. CR2-15-81

JUDGE MARBLEY

    **TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

*Place:*   UNITED STATES DISTRICT COURT     **COURTROOM # 1**
319 U.S. Courthouse
85 Marconi Boulevard     **June 27, 2016 @ 10:00 A.M.**
Columbus OH 43215

TYPE OF PROCEEDING: **STATUS UPDATE (COMPLIANCE)**

ALGENON L. MARBLEY
United States District Judge

DATE: June 9, 2016

*(signature)*
(By) Betty L. Clark, Deputy Clerk
(614) 719-3265

TO:   Doug Squires, Esq., 303 Marconi Blvd., Ste. 200 Columbus OH 43215
       Karl Schneider, Esq.,   St., Columbus OH 43215
       U.S. Pretrial Services, U.S. Courthouse, Columbus OH 43215
       U.S. Probation, U.S. Courthouse, Columbus OH 43215
       U.S. Marshal, U.S. Courthouse, Columbus OH 43215