IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:15-CR-00081 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| THOMAS G. THOMPSON, : | |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court on Defendant Thomas G. Thompson's Motion to Allow Visitation and to Permit Disclosure of Sealed Documents (Doc. 78) and the Motion of Karl H. Schneider and Trina N. Goethals to Withdraw as Attorneys. (Doc. 79.)

The Court convened a status conference in this matter on June 27, 2016 after Attorney Todd Aaron Long filed a notice of substitution as new counsel for Defendant Thomas G. Thompson. (Doc. 77.) Attorneys Schneider and Goethals subsequently filed their motion to withdraw. The Court **GRANTS** the Motion to Withdraw. (Doc. 79.)

Defendant has also retained Dr. Martin T. Ryan at his own expense and requests that the Court allow him to conduct a medical examination of Defendant. (Doc. 78 at 1.) The Court **GRANTS** Defendant's Motion to Allow Visitation and to Permit Disclosure of Sealed Documents. In undergoing this medical evaluation, Defendant has agreed to waive the next status update in the case, which the Court has regularly scheduled every 60 days, until after the completion of the exam and Dr. Ryan's report. Dr. Ryan's report is due to the Court on August

1

29, 2016. A hearing on the reports of Dr. Stinson (which was previously filed with the Court) and Dr. Ryan is scheduled for **September 9, 2016 at 2:00 p.m.**

The Delaware County Sheriff's Office is **DIRECTED** to allow Dr. Martin T. Ryan to meet with Defendant at the Delaware County Jail in a private interview room to conduct a medical examination of Defendant. The parties are also **DIRECTED** to provide Dr. Ryan access to all sealed documents filed or submitted to the Court in connection with this case.

**IT IS SO ORDERED.**

                                              **s/ Algenon L. Marbley**
                                              **ALGENON L. MARBLEY**
                                              **UNITED STATES DISTRICT JUDGE**

**DATED: June 29, 2016**