| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:15-cr-00081-001 |
| v. | : | JUDGE MARBLEY |
| THOMAS G. THOMPSON, | : | |
| Defendant. | : | |

## AMENDED *PRO SE* EMERGENCY MOTION OF THOMAS G. THOMPSON FOR TEMPORARY RELEASE FROM INCARCERATION DUE TO THE COVID-19 CORONAVIRUS PANDEMIC

This is an amended *pro se* motion from Defendant Thomas G. Thompson, who respectfully moves this Court for emergency temporary release from incarceration due to the COVID-19 coronavirus pandemic which endangers his life now. (NOTE: See attached Declaration.)

Already, three inmates and three staff at federal facilities have tested positive for coronavirus, as confirmed by the Federal Bureau of Prisons (BOP).

Mr. Thompson is a non-violent offender. His age and underlying medical complications are two characteristics of the demographic group medical experts say is at the highest risk of contracting COVID-19.. He is nearly 68 years old, and

1

has underlying medical complications include a compromised immune system, coronary artery disease, chemical hypersensitivities and environmental illnesses.

At Milan, Michigan the Bureau of Prisons operates the Federal Correctional Institute (FCI) and the Federal Detention Center (FDC). Milan FCI has 1,229 prisoners, and Milan FDC has 120 inmates. Mr. Thompson is the *only* inmate at Milan FDC older than 65 who has these underlying health conditions.

Milan FDC inmates have been told there are seven cases of COVID-19 at Milan FCI, and none at Milan FDC. Guards, and medical staff often work back and forth between the prison and the jail, and this staff interaction between the two facilities creates the potential for a virus to move from one facility to the other. Sick or self-isolating personnel mean fewer staff to oversee inmates.

Mr. Thompson had intended to submit a motion to this Court on March 16, 2020 to request an independent medical evaluation as a method to further document his medical condition. However, because of the deadly coronavirus pandemic, FDC Milan cancelled two previously approved legal visits, for March 14-15, 2020, during which he had planned to prepare that motion.

If the Court grants this motion, Mr. Thompson will, at his own expense, relocate to a secure private residence near downtown Columbus, off of Riverside Drive, where he can shelter in place, practice good hygiene and social distancing,

and have access to doctors and medicine, a location where he has no chemical sensitivities. Prior to his being released, Mr. Thompson will inform this Court, under seal, of the address of this residence.

Mr. Thompson agrees to such electronic monitoring and supervision as this Court deems appropriate, and agrees to bear all expenses of electronic monitoring and of living in the private residence, and further, Mr. Thompson can arrange for and bear the expense of his transportation to Franklin County.

Nationally, there are 26,000+ inmates age 65 and older in the Bureau of Prison's 122 facilities, where they are vulnerable to coronavirus because they are crowded closely together unable to practice social distancing. Disinfecting sanitation supplies are unavailable. Hand sanitizer is considered contraband.

A Washington Post article on 3/17/20 reported "Jails and prisons across the nation are reeling from the challenges and chaos they face as the virus begins to infiltrate their restricted, close-quartered environments, creating a level of vulnerability similar to cruise ships and nursing homes…the inmate population is particularly susceptible to infection. They live in a stressful environment, have a poor diet, can have chronic illnesses and are sometimes elderly."

US News and World Report added on 3/22/2020 "More than 2.2 million people are incarcerated in the United States…and there are growing fears that an

outbreak could spread rapidly through federal and state prisons, county jails and detention centers"

Across America, COVID-19 infections and deaths are spiking upward exponentially, nearly doubling in the last two days. The CDC reports that in the 48 hours between noon Friday, 3/20/2020 and noon Sunday, 3/22/2020 COVID-19 infections and deaths nearly doubled, from 15,219 to 29,767 cases of infection, and from 201 to 370 deaths. On Monday, 3/23/2020The number of cases jumped to 39,000+ and deaths jumped to 400+. On Tuesday, 3/24/20, those numbers jumped to 50,460 cases and 653 deaths.

Closer to Mr. Thompson and Milan FDC, as of 3/24/20,, Michigan COVID-19 cases number 1,328, with 15 deaths in Detroit, and in Wayne, Oakland, Kent and McComb counties, near Milan FDC, where each day three shifts of staff travel back and forth between inmates and these nearby communities, putting themselves at risk of exposure to the coronavirus, and then carrying it back inside FDC Milan.

The COVID-19 threat to Mr. Thompson's life while incarcerated is well documented. According to Medical Xpress, a respected international web-based science, research and technology news service:

"Evidence demonstrates two things we can anticipate if COVID-19 contaminates prisoners: it will spread much more rapidly than in the general population and there will be more deaths in prisons than in the general population.

"In a pandemic, the health of the general population is intrinsically linked to the health of the detained population. Immediate attention to the health needs of prisoners is necessary to contain the spread of coronavirus…to prevent prisons becoming COVID-19 hotspots."

Dr. Deborah Birx, of the White House Coronavirus Task Force, said in a 3/16/20 press conference that the federal government is urging older people and those with underlying health concerns, like lung or heart condition, or a weakened immune system "…to stay home and away from other people, because data shows that these groups are most vulnerable to develop a severe form of COVID-19."

There have been several recent calls to consider supervised release of older, health-compromised inmates from federal incarceration, in order to let them return to the safety of private homes where they can practice proper hygiene safety and maintain appropriate social distance from everyone.

The international Human Rights Watch, wrote that prisons and jails "…should consider reducing their populations through supervised release or other measures for individuals at high risk of suffering serious effects from the virus, such as older people and people with underlying health conditions." (The Guardian, 3/12/2020.)

Dr. Josiah Rich, a Brown University professor of medicine and epidemiology, who works in the Rikers Island correctional system, is the director of the Center for Prisoner Health and Human Rights. Dr. Rich says:

5

"...it is precisely this demographic of older and immunocompromised people who are likely to die of COVID-19... And because we have so many ill people behind bars, it's going to get there, it's going to spread like wildfire."

"When you're on an exponential curve every moment is dangerous. This is a particularly critical moment for us to try to bring to bear all the resources and determination of the government and the American people to try to get off of it." (Source: Francis Collins, director of the National Institute of Health (NIH), in USA Today, March 19, 2020.)

On March 3, 2020 U.S. Senator Kamala Harris wrote to BOP director Michael Carvajal calling on BOP to release from custody all older, ill inmates, after two California inmates were quarantined after being in contact with a person who tested positive with COVID-19. In the midst of this crisis, BOP should be taking reasonable steps to reduce the incarcerated population and guard against potential exposure to coronavirus," Sen. Harris said.

Dr. Jonathan Giftos is a physician and activist working at the intersection of addiction, incarceration and public health, and also is the Clinical Director of Substance Use Treatment for Correctional Health Services at Rikers Island. Speaking on MSNBC on March 18, 2020, Dr. Giftos said inmates experience

compromised immunity. The only way to help is through depopulation, with a focus on people with compromised health, the older ill.

The next day The New York Board of Corrections called for immediate release of high risk inmates, those who are elderly and sick, from Rikers Island.

In Ohio on March, 20, 2020 Ohio Chief Justice Maureen O'Conner urged Ohio jails to release inmates vulnerable to the COVID-19 virus. She cited two benefits: safeguarding other inmates, and allowing at-risk inmates to be isolated outside of the jail environment. She said it is just a recommendation, and it is up to individual courts to decide. "I'm urging judges to use their discretion and release people held in jail and incarcerated individuals who are in a high-risk category of being infected with the disease."

And currently, the release of some prisoners due to the coronavirus threat, is occurring in several states, counties, cities, and nations, to include New York, Florida, South Carolina and Utah; New York City; Cuyahoga (Cleveland) and Los Angeles counties, and Italy and Spain.

To summarize, Mr. Thompson's motion is supported by the following:

1) *Covid-19 infection and death statistics* are cited for the United States, and for Michigan, and near FDC Milan;

2) *Calls for action* are cited from global, national and state officials and organizations; and,

3) *Current inmate releases* are cited for states, counties, cities and countries.

Accordingly, Mr. Thompson requests this Court to allow his immediate temporary release from incarceration, and his return to a private residence in Columbus under such electronic monitoring and supervision the Court deems appropriate, with the expense of his transportation, monitoring and supervision to be borne by him.

Respectfully submitted,

_____/s/_____
Thomas G. Thompson, Pro Se
Federal Detention Center
Milan, MI 48160

## CERTIFICATE OF SERVICE

Defendant certifies that on this 25th day of March, 2020 a copy of the foregoing was filed with the Clerk of Courts, and will or should be served on all counsel of record through the Court's ESF system.

_____/s/_____
Thomas G. Thompson, Pro Se