## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 APR 17 PM 4: 02

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:15-cr-00081-001 |
| v. | : | JUDGE MARBLEY |
| THOMAS G. THOMPSON, | : | |
| Defendant. | : | |

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR HOME CONFINEMENT FILED ON MARCH 25, 2020

On March 25, 2020, the Defendant, Thomas G. Thompson, filed a Motion for Home Confinement. In that Motion, he reported that there may have been seven cases of Covid-19 at FCI Milan. The situation worsened. As of today, there are 65 *confirmed cases*: 35 inmates and 30 staff.[1] See attached Exhibits A and B.

Speaking today on a video that is running on the BOP website, The BOP director lists Milan as among six "hotspots" within BOP.

Respectfully submitted,

_____
Thomas G. Thompson, *pro se*
07332-104
FDC Milan
PO Box 1000
Milan MI 48160

---

[1] https://www.bop.gov/coronavirus/. Updates daily at 3:00 p.m.

## CERTIFICATE OF SERVICE

Defendant certifies that on this 17th day of April, 2020 a copy of the foregoing was filed with the Clerk of Courts, and will or should be served on all counsel of record through the Court's ESF system.

Thomas G. Thompson, *pro se*



**EXHIBIT A**

Source: https://www.bop.gov/coronavirus/    4/17/20





Source: https://www.bop.gov/coronavirus/

4/17/20, 11:15 a.m. (updates daily at 3:00 p.m.)

